AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
|---|---|
| vs. | |
| ERIC DONELL HORNE, (3) <br> SHAWN LEONDO BARR, (1) <br> and <br> BRANDON FITZGERALD STEPHERSON (2) | CASE NUMBER: 4:06 mj 14 (1) + (2) (3) |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 26, 2006, in Leon County, in the Northern District of Florida, defendant(s) did,

conspire to possess more than five kilograms of cocaine with intent to distribute,

in violation of Title 21, United States Code, Section(s) 846. I further state that I am a(n) Special Agent with Drug Enforcement Administration, and that this Complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Lou Andris

Sworn to before me and subscribed in my presence,

January 27, 2006          at          Tallahasee, Florida

_____
Signature of Judicial Officer

WILLIAM C. SHERILL, JR.
Magistrate Judge