IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                    **INDICTMENT**

ERIC DONNELL HORNE,
  a/k/a "E,"
SHAWN LEONDO BARR,
  a/k/a "Bloc,"
and
BRANDON FITZGERALD STEPHERSON
_____/

4:06cr9-SPM

**THE GRAND JURY CHARGES:**

## COUNT ONE

That between on or about January 1, 2004, and on or about January 27, 2006, in the

Northern District of Florida and elsewhere, the defendants,

**ERIC DONNELL HORNE,
a/k/a "E,"
SHAWN LEONDO BARR,
a/k/a "Bloc,"
and
BRANDON FITZGERALD STEPHERSON,**

did knowingly and willfully combine, conspire, confederate and agree together and with other

persons to distribute, and possess with intent to distribute controlled substances, in violation of

Title 21, United States Code, Section 841(a)(1), and that this offense involved more than five (5)

06 FEB -7 AM 11: 43

kilograms of a mixture and substance containing cocaine and more than fifty (50) grams of mixture and substance containing cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Sections 841(b)(1)(B)(ii) and (b)(1)(A)(iii).

All in violation of Title 21, United States Code, Section 846.

## CRIMINAL FORFEITURE

The allegations contained in Count One of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violation alleged in Count One of the Indictment, punishable by imprisonment for more than one year, the defendants,

**ERIC DONNELL HORNE,**
a/k/a "E,"
**SHAWN LEONDO BARR,**
a/k/a "Bloc,"
and
**BRANDON FITZGERALD STEPHERSON,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all of their interests in:

A. Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as the result of such violation; and

B. Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violation.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third party;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants, up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853(a).

A TRUE BILL:

REDACTED

FOREPERSON

DATE 2/7/06

GREGORY R. MILLER
United States Attorney

MICHAEL T. SIMPSON
Assistant United States Attorney

3