IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 4:06cr9-SPM

SHAWN LEONDO BARR,
 a/k/a "Bloc,"

      Defendant.
_____/

## ORDER ALLOWING WITHDRAWAL OF GUILTY PLEA

Upon consideration of Defendant Barr's Motion to Withdraw Plea (doc. 63) and Federal Rule of Criminal Procedure 11(d)(1), which allows a defendant to withdraw a guilty plea "before the Court accepts the plea, for any reason or no reason[,]" it is

ORDERED AND ADJUDGED:

1. The Motion to Withdraw Plea (doc. 63) is granted.

2. Trial remains set for May 22, 2006. If Defendant needs additional time to prepare for trial, he shall file a motion to continue no later than May 5, 2006.

DONE AND ORDERED this 27th day of April, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge