IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                        CASE NO.: 4:06cr9-SPM

SHAWN LEONDO BARR,

       Defendant.
_____/

## ORDER DENYING REQUEST FOR EXCULPATORY EVIDENCE

This cause comes before the Court on the Request for Exculpatory Evidence (doc. 71) filed by Defendant Shawn Leondo Bar. "Discovery requests made pursuant to Fed.R.Crim.P. 16 . . . require no action on the part of this court and should not be filed with the court, unless the party making the request desires to preserve a discovery matter for appeal." N.D. Fla. Loc. R. 26.3(G)(4). Accordingly, it is

ORDERED AND ADJUDGED that the Request for Exculpatory Evidence (doc. 71) is denied.

DONE AND ORDERED this 19th day of May, 2006.

                                   *s/ Stephan P. Mickle*
                                   Stephan P. Mickle
                                   United States District Judge