IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 4:06cr9-SPM

SHAWN LEONDO BARR,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant Barr's motion to continue sentencing (doc. 92) is granted. Sentencing is reset for 1:30 p.m. on November 20, 2006.

SO ORDERED this 21st day of September, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge