IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 4:06cr9-SPM

SHAWN LEONDO BARR,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant Barr's motion to continue sentencing (doc. 95) is granted. Sentencing is reset for 1:30 p.m. on Tuesday, January 16, 2007.

SO ORDERED this 16th day of November, 2006.

                     *s/ Stephan P. Mickle*
                     Stephan P. Mickle
                     United States District Judge