IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                         CASE NO.: 4:06cr9-SPM

SHAWN LEONDO BARR,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant Barr's motion to continue sentencing (doc. 97) is granted. Sentencing is reset for 1:30 p.m. on Tuesday, February 20, 2007.

SO ORDERED this 9th day of January, 2007.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge