IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                           CASE NO.: 4:06cr9-SPM

SHAWN LEONDO BARR,

        Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant Barr's motion to continue sentencing (doc. 99) is granted. Sentencing is reset for 1:30 p.m. on March 19, 2007.

SO ORDERED this 16th day of February, 2007.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge