IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:06cr9-SPM

SHAWN LEONDO BARR,
 a/k/a "Bloc,"

   Defendant.
_____/

**ORDER DENYING RULE 60 MOTION TO CORRECT SENTENCE**

This cause comes before the Court on a document entitled "Petitioner's Independent Action in Equity Relative to Lack of Jurisdiction Pursuant to 21 U.S.C. § 851" filed by Defendant Shawn Leondo Barr. Doc. 137. Defendant argues that his sentence was not properly enhanced under 21 U.S.C. § 851 because the notice provided by the government was flawed. He argues that the Court has jurisdiction under Federal Rule of Civil Procedure 60(d) to correct his sentence.

Federal Rule of Civil Procedure 60 does not apply to criminal cases. United States v. Potts, No. 07-14599, 2008 WL 4898438 (11th Cir. Nov. 14, 2008). The Court lacks jurisdiction under Rule 60 to grant Defendant relief from the judgment entered in his criminal case.

The Court declines to treat Defendant's petition as a motion for relief

under 28 U.S.C. § 2255 because the motion would probably be time-barred (see 28 U.S.C. § 2255(f)) and Defendant's argument that the § 851 notice was flawed appears to lack merit.  Based on the foregoing, it is

ORDERED AND ADJUDGED:  Petitioner's Independent Action in Equity Relative to Lack of Jurisdiction Pursuant to 21 U.S.C. § 851 (doc. 137) is denied.

DONE AND ORDERED this 28th day of June, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge