IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:06cr9-SPM

SHAWN LEONDO BARR,
a/k/a/ "Bloc,"

     Defendant.
_____/

**ORDER DENYING CERTIFICATE OF APPEALABILITY
AND MOTION TO PROCEED IN FORMA PAUPERIS**

This cause comes before the Court on Defendant's motions for certificate of appealability and for leave to proceed in forma pauperis on appeal (docs. 139 and 141). Defendant is appealing the denial of his motion to correct sentence (doc. 137). The Court denied the motion because it was not a valid post-judgment motion, was filed more than one year after the criminal judgment became final, and was without arguable merit.

No certificate of appealability will be issued because Defendant has failed to make a substantial showing of the denial of a constitutional right. The Court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3). Furthermore, Defendant has not submitted a trust fund account statement as required by 28 U.S.C. § 1915(a)(2). Based on the foregoing, it is

     ORDERED AND ADJUDGED: the motions for certificate of appealability

and for leave to proceed in forma pauperis on appeal (doc. 139 and 141) are denied.

DONE AND ORDERED this 19th day of July, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO.: 4:06cr9-SPM